# MINUTE ORDER

Page 7

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 10/29/21   Time: 1:30 p.m.

Defendant: Arcenio Feliz-Cuevas   J#: 71984-509   Case #: 20-20051-CR-BLOOM - SEALED

AUSA: Marc Chattah   Attorney: _____

Violation: CONSP/DIST COCAINE KNOWING THAT IT WOULD BE IMPORTED INOT THE U.S.   Surr/Arrest Date: 10/29/21   YOB: 1970

Proceeding: INITIAL APPEARANCE   CJA Appt: _____

Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond: PTD

Bond Set at: _____   Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services; Treatment as deemed necessary
- [x] Refrain from excessive use of alcohol
- [x] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [x] Not to encumber property
- [x] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: _____
- [x] Other: _____

Language: Spanish

Disposition:
- Def advised of rights & charges -
- Def consents to VTC.
- Case ordered unsealed
- Govt req PTD.
- Def to retain counsel.

- Brady warning given

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: 11/3/21 @ 10 AM
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 13:38-15 / 14:10:37   Time in Court: 13 mins
      6 mins / 7 s/Chris M. McAliley   Magistrate Judge