# COURT MINUTES

## Magistrate Judge Edwin G. Torres

| King Building Courtroom 10-5 | Date: 11/3/2021 Time: 10:00 a.m. |
|---|---|

Defendant: Arcenio Feliz-Cuevas    J#: 71984-509    Case #: 20-20051-CR-Bloom-4
AUSA: Richard Getchell    Attorney: Sogol Ghomeshi
Violation: Conspiracy to distribute cocaine knowing and intending that it would be imported into the US; Conspiracy to import cocaine into the US, Conspiracy to PWID cocaine.
Proceeding: **Report Re: Counsel, Arraignment, & Detention**    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: Pretrial Detention
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
*Brady Warning previously given*
Defendant consents to appear by VTC
Defendant sworn – **AFPD APPOINTED**
Continuance requested and GRANTED by The Court for good cause shown.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
***PTD Hearing:***    11/8/21    10:00    Miami Duty
***Arraignment:***        11/8/21    10:00    Miami Duty
Status Conference RE:
D.A.R.  EGT-11-03-2021-ZOOM-**10:19 am**    Time in Court: 5