**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cr-20051-BLOOM-0004**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ARCENIO FELIZ-CUEVAS,**
    Defendant.

_____/

## ORDER SETTING TRIAL DATE

THIS CAUSE is set for Criminal Jury Trial at the Wilkie D. Ferguson Jr. Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, during the two-week period commencing **Monday, January 3, 2022 at 9:00 a.m.**, or as soon thereafter as the case may be called. A **Calendar Call** will be held at **1:30 p.m. on Tuesday, December 14, 2021** at the Wilkie D. Ferguson, Jr. Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. It is further ORDERED as follows:

1. All requests for Writs Ad Testificandum must be filed not later than 14 business days prior to the first day of the scheduled trial period.

2. All responses pursuant to the Standing Discovery Order and/or Local Rule 88.10 shall be provided in a timely fashion in accordance with the dates scheduled by the magistrate judge. Noncompliance may result in sanctions. Any notice submitted pursuant to Federal Rule of Evidence 404(b) shall include a specific factual basis for the evidence sought to be introduced.

3. All motions filed shall be accompanied by a written statement certifying that

Case No. 21-20051-BLOOM

counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion, where required by Local Rule 88.9. The deadline for all Pre-Trial Motions, including Motions to Suppress and Motions *in Limine* shall be filed the Friday prior to the calendar call date.

4. Counsel shall be prepared to conduct limited *voir dire* following the Court's questioning of the panel. Prior to Calendar Call, counsel shall also file proposed *voir dire* questions. Proposed jury instructions, in typed form, including substantive charges and defenses, shall be submitted to the Court prior to Calendar Call, in Word format, *via* e-mail to bloom@flsd.uscourts.gov. Instructions for filing proposed documents may be viewed at http://www.flsd.uscourts.gov.

5. Prior to **Calendar Call**, all counsel shall file a list of proposed witnesses and/or exhibits to be presented at trial. All exhibits to be offered into evidence or marked for identification must be pre-labeled in accordance with the proposed exhibit list. (Government exhibits are to be designated numerically; defense exhibits, alphabetically).

6. If either party seeks to introduce transcript(s) at the trial, such shall be exchanged with all counsel before the scheduled day of trial. If a transcript cannot be agreed upon, each party shall be prepared to produce its own version for the trier of fact.

7. All anticipated Jencks Act[1] material shall be turned over to defense counsel not

---

[1] 18 U.S.C. § 3500

Case No. 21-20051-BLOOM

later than the morning of the first day of trial. The material shall include a face sheet for defense counsel to sign and date, acknowledging receipt.

8. Upon receipt of this order, counsel are directed to certify with the Court's courtroom deputy the necessity of an interpreter for the Defendant. Counsel are further instructed to notify the Court, at least 24 hours prior to any hearings or trial, if an interpreter is required.

9. Counsel are instructed that arrangements for appropriate clothing for defendants in custody must be made with the Bureau of Prisons at least **seven (7) days** prior to the scheduled trial date.

10. **Counsel are advised to comply with Local Rule 88.5, requiring the filing of speedy trial reports every 20 days hereafter until the time of trial or plea.**

11. Counsel are reminded that pursuant to the CM/ECF administrative procedures, proposed orders shall be submitted to the court by e-mail in word format at bloom@flsd.uscourts.gov.

**DONE AND ORDERED** in Chambers, at Miami, Florida, on November 3, 2021

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record