# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3         Date: 11/8/2021    Time: 10:00 a.m.

---

Defendant: Arcenio Feliz-Cuevas    J#: 71984-509    Case #: 20-20051-CR-BLOOM-4

AUSA: Peter Laserna    Attorney: AFPD, Sogol Ghemeshi

Violation: Conspiracy to distribute cocaine knowing and intending that it would be imported into the US; Conspiracy to import cocaine into the US; Conspiracy to PWID cocaine.

Proceeding: Arraignment, Detention    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:

Bond Set at: **(STIP) Pretrial Detention w/ right to revisit**    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
* Brady Warning previously given.*
Reading of the Indictment Waived. Not Gulity plea entered. Jury trial demanded. Standing Discovery Order reequested. All further proceedings before Judge Bloom. The parties STIPULATED to Pretrial Detention with the right to revisit.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. **JG_01_11-08-2021/ Zoom-10:12am**    Time in Court: **2 mins**.