UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20051-CR-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARCENIO FELIZ-CUEVAS,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Daniel Ecarius. Please direct any future inquiries, pleadings or correspondence to Mr. Ecarius on behalf of the Defendant.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   s/*Daniel L. Ecarius*
Daniel L. Ecarius
Assistant Federal Public Defender
Florida Bar No. 0719765
150 W. Flagler Street, Suite 1700
Miami, FL 33l30
Telephone: (305) 530-7000
E-mail: daniel_ecarius@fd.org

1

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    s/ *Daniel L. Ecarius*
                                                    Daniel L. Ecarius