UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20051-CR-BLOOM

UNITED STATES OF AMERICA

vs.

ARCENIO FELIZ CUEVAS,
    a/k/a "Rudo,"
    a/k/a "Felix,"
    a/k/a "Marin Conta,"
    a/k/a "Gordo,"

    Defendant.
_____/

## STIPULATED FACTUAL BASIS FOR PLEA

Pursuant to Rule 11(b)(3), the following sets forth the factual basis for defendant **ARCENIO FELIZ CUEVAS**'s guilty plea to Count One of the Indictment, which charges the defendant with conspiracy to distribute cocaine, knowing, intending, and having reasonable cause to believe that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 963. The United States of America and the defendant agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1. From 2018 through June 1, 2019, the defendant was part of a drug trafficking organization ("DTO") that engaged in the shipment of cocaine from the Dominican Republic to the United States, including South Florida, using recreational vessels.

2. The DTO transported four shipments of cocaine aboard the vessels "Day Dreamer" and "Triple A" from the Dominican Republic to the United States. Shipment one contained 203 kilograms of cocaine that arrived in South Florida in May 2018. Shipment two contained 330

kilograms of cocaine that arrived in South Florida in September 2018. Shipment three contained 467 kilograms of cocaine that arrived in South Florida in December 2018. Shipment four contained 281 kilograms of cocaine that arrived in South Florida in June 2019.

3. The defendant was responsible for serving as a crew member for the vessels that transported the cocaine shipments and for assisting the captain and serving as a translator. The defendant also helped inspect the vessels for purchase by the DTO, including the "Day Dreamer."

4. The defendant met with co-defendants Ramon Emilio Saladin, Rafael Campos Martinez, and other DTO members on various occasions to discuss purchasing a vessel and securing transportation routes for the cocaine. Co-defendant Alberto De La Cruz Gil sourced the cocaine for the shipments, and co-defendant Rafael Campos Martinez was responsible for dispatching the shipments of cocaine from the Dominican Republic.

5. The defendant was a crew member aboard the "Day Dreamer" for the May 2018 cocaine shipment, for the September 2018 cocaine shipment, and for the December 2018 cocaine shipment. The defendant was also a crew member aboard the "Triple A" for the June 2019 cocaine shipment.

6. The defendant received a total of $214,000 for serving as a crew member, companion, and translator for the cocaine shipments sent by the DTO that successfully arrived and were distributed in the United States between May 2018 and June 2019. Specifically, the defendant was paid $63,000 for the May 2018 shipment, $67,000 for the September 2018 shipment, and $83,000 for the December 2018 shipment. The defendant was not paid for the June 2019 shipment because he was arrested.

7. Prior to the "Triple A" arriving in South Florida, containing 281 kilograms of cocaine, DTO members rented a house with a dock, located at 2095 Keystone Boulevard, in North

Miami, Florida to receive the vessel and off-load the shipment. On June 1, 2019, law enforcement located the "Triple A" docked behind the rented home and seized 280 kilograms of cocaine from the vessel.

8.    Another DTO member's cell phones were lawfully seized and searched, and law enforcement located contact information for the defendant under the name "Marin Conta." Additionally, the DTO member's cell phones contained an email conversation with a marina located in the Dominican Republic, granting permission for the defendant to access a vessel that had been used to deliver narcotics proceeds to the Dominican Republic.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 12/17/21     By: _____
ELLEN D'ANGELO
ASSISTANT U.S. ATTORNEY

Date: 12/17/2021   By: _____
DANIEL ECARIUS, ESQ.
ATTORNEY FOR DEFENDANT

Date: 12/17/2021   By: _____
ARCENIO FELIZ CUEVAS
DEFENDANT