UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20051-CR-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARCENIO FELIZ-CUEVAS,

    Defendant.

_____/

## OBJECTION TO PRESENTENCE REPORT (PSR)

The defendant, Arcenio Feliz-Cuevas, through counsel objects to paragraph 31 of the PSR wherein he has not received a 2-level reduction for safety valve pursuant to Section 5C1.2(a). The government has advised undersigned counsel that it has approved this reduction. The defense request that this approval be confirmed with the government and that this reduction be updated in the PSR.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By:   s/*Daniel L. Ecarius*
    Daniel L. Ecarius
    Assistant Federal Public Defender
    Florida Bar No. 0719765
    150 W. Flagler Street, Suite 1700
    Miami, FL 33l30
    Telephone: (305) 530-7000
    E-mail: daniel_ecarius@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ <u>*Daniel L. Ecarius*</u><br>
Daniel L. Ecarius