UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

United States of America,

    Plaintiff,

v.

Arcenio Feliz-Cuevas,

    Defendant.

_____/

Case No.: 1:20-cr-20051

FILED BY MC D.C.
NOV 14 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### MOTION FOR REDUCTION IN SENTENCE

The above petitioner respectfully requests that this court reduce his sentence in light of an applicable retroactive change in his sentencing guidelines pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and U.S.S.G. Amend. 821. Alternatively, petitioner requests the appointment of counsel in order to assist with determining his eligibility for and the extent of a sentence reduction.

### Memorandum of Law

This court has the authority to reduce a sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission ... after considering the factors set forth in section 3553(a) to the extent they are applicable, if such a reduction is consistent with applicable policy statement issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). As such, the court must consider policy statement U.S.S.G. § 1B1.10, which states:

- The court's authority is proscribed to defendants whose guideline range has subsequently been lowered by a retroactive amendment. U.S.S.G. § 1B1.10(a).

- In determining the extent of the guideline, the court shall determine only the applicable changed retroactive guideline. Id. (b)(1).

- The court may only reduce a sentence to within the new guideline range, no less. Id. (b)(2).

- The court may consider post-sentencing conduct to determine the extent of the reduction. Id. cmt. (1)(B)(iii).

On November 1, 2023, the 2023 amendments issued by the sentencing commission were approved by Congress in full, including Amendment 821, part B. This amendment added U.S.S.G. § 4C1.1, which grants a 2 level reduction for defendants who have a zero criminal history point score and meet additional charge and conduct specific criteria. Congress also approved the commission's amendment to U.S.S.G. § 1B1.10(d), adding Amendment 821 to the list of guideline amendments with retroactive application.

**Argument**

Petitioner was originally sentenced by this court within his guideline range to 70 months. His charge of conviction or sentencing conduct is not among that listed for exclusion by § 4C1.1. He would therefore be eligible for a reduced guidelines range of 51-63 months if he were sentenced today. See U.S.S.G. § 1B1.10(b)(1).

In considering the applicable § 3553(a) factors, the court must consider, among other things, the history and characteristics of the petitioner and that the sentence is sufficient but not greater than necessary for the purposes of public justice. See 18 U.S.C. § 3553(a)(1), (2). The court must also consider the new guideline range, and relatedly, the need to avoid sentencing disparities. See id. (a)(4),(6).

Petitioner's original guideline sentence was crafted within the context of outdated information (the previous guidelines). The new guidelines—and its painstakingly researched and data-driven bases—justify a rebalancing of

2

the § 3553 factors to take in the new information. See Setser v. United States, 566 U.S. 231, 242 (2012)(explaining how, in context of sentencing, additional information is better).

In determining the extent of a reduction, this court also has the benefit of more information in the form of petitioner's post-conviction conduct. Petitioner has taken several programs during his imprisonment. See Exhibit 1 (Program review). He has a "minimum" PATTERN score, indicating that he is very unlikely to recidivate. Exhibit 2. He has also never received a disciplinary incident report.

The Petitioner has also included here documents containing additional germane considerations for this court. Exhibit 3.

Given these considerations, the petitioner merits a reduction in sentence towards the low end of the his new guidelines.

## Conclusion

Petitioner respectfully requests a reduction in sentence within his new guidelines that include the retroactively applicable new guideline § 4C1.1. Given his conduct and rehabilitative efforts he requests a reduction commensurate with the low end of his new guidelines. Alternatively, should this court prefer to further evaluate petitioner's claims, he requests that it appoint counsel for the limited purposes of these § 3582(c)(2) proceedings.

Respectfully submitted by Arcenio Feliz-Cuevas on Nov. 7, 2023.

Arcenio Feliz Cuevas
Reg. No. 71984-509, Unit B-3
Federal Correctional Complex
P.O. Box 1031 (Low Custody)
Coleman, Florida 33521-1031

## CERTIFICATE OF SERVICE

This document was delivered in a properly addressed envelope, in which postage is being prepaid, to the prison mail authorities on  Nov 7 , 2023.

The original was sent to the United States District Court, Office of the Clerk at:

400 N. Miami Ave,
Miami, FL 33128

_____

A copy of this document was sent to the United States via its attorney of record.

_____
Arcenid Felix Cuevas

4

**EXHIBIT 1**



| | | |
|---|---|---|
| **Individualized Needs Plan - Program Review    (Inmate Copy)** | | SEQUENCE: 02262277 |
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 08-16-2023 |
| Plan is for inmate: FELIZ-CUEVAS, ARCENIO  71984-509 | | |

| | | | | |
|---|---|---|---|---|
| Facility: | COL COLEMAN LOW FCI | | Proj. Rel. Date: | 02-06-2026 |
| Name: | FELIZ-CUEVAS, ARCENIO | | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 71984-509 | | DNA Status: | COL06676 / 04-05-2022 |
| Age: | 52 | | | |
| Date of Birth: | 09-15-1970 | | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| ICE | UNLAWFUL ENTRY INTO THE UNITED STATES |
|  | CITIZEN OF DOMINICAN REPUBLIC |
|  | POSSIBLE DEPORTATION IAD INELIGIBLE |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | B-3 ORD | B-3 UNIT ORDERLY | 12-29-2022 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 04-07-2022 |
| COL | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-19-2023 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COL | C | HEALTHY MIND/BODY JOURNALING | 02-24-2023 | 06-14-2023 |
| COL | C | SPORTS RULES FOR SOFT BALL | 02-03-2023 | 04-28-2023 |
| COL | C | BEGINING CLAITHENICS CLASS | 12-10-2022 | 01-20-2023 |
| COL | C | WALK WITH EASE FITNESS PROGRAM | 11-26-2022 | 01-19-2023 |
| COL | C | FITNESS FOCUS ON BRAIN HEALTH | 09-22-2022 | 11-12-2022 |
| COL | C | BEGINNING CORE TRAIN CLASS | 08-06-2022 | 10-14-2022 |
| COL | C | BEGINING AEROBICS | 08-28-2022 | 10-14-2022 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-14-2022 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-15-2022 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-19-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-19-2022 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 04-07-2022 |

**FRP Payment Plan**

Most Recent Payment Plan

| | | | | |
|---|---|---|---|---|
| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 03-17-2023 | |
| Inmate Decision: | AGREED | $25.00 | Frequency: | QUARTERLY |
| Payments past 6 months: | $25.00 | | Obligation Balance: $0.00 | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status | | |
|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ | | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | | 03-14-2023 | COL | PAYMENT | INSIDE PMT | $25.00 |

Sentry Data as of 08-15-2023    Individualized Needs Plan - Program Review   (Inmate Copy)    Page 1 of 3



**Individualized Needs Plan - Program Review     (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FELIZ-CUEVAS, ARCENIO  71984-509

SEQUENCE: 02262277
Team Date: 08-16-2023

**Most Recent Payment Plan**

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $1,826.05        Payments commensurate ?   Y
New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 08-15-2023 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 04-05-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 08-15-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-15-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 08-15-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 04-14-2022 |
| N-EDUC Y | NEED - EDUCATION YES | 08-15-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 08-15-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 08-15-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-15-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 08-15-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 08-15-2023 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 08-15-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 08-15-2023 |
| N-WORK Y | NEED - WORK YES | 08-15-2023 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 08-15-2023 |

### Progress since last review

Since last review you completed two recreation classes (Healthy Mind/Body Journaling and Sports Rules for Softball). You have not yet obtained a job in Unicor and you did not complete a parenting class; however, you are currently on the waiting list.

### Next Program Review Goals

By next review, it is recommended you enroll in and successfully complete Threshold

### Long Term Goals

By 09-14-2025, it is recommended you ~~get a job in UNICOR, and complete~~ parenting class (you are currently on the waiting list).

### RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments

Report to Psychology open house for any mental health concerns. Report to sick call for minor medical concerns. Maintain clear conduct and good cell sanitation in accordance with policy. Maintain contact with family/friends through TRUFONE, TRULINCS, and/or visits.



**Individualized Needs Plan - Program Review    (Inmate Copy)**       SEQUENCE: 02262277
Dept. of Justice / Federal Bureau of Prisons                           Team Date: 08-16-2023
Plan is for inmate: FELIZ-CUEVAS, ARCENIO   71984-509

Name: FELIZ-CUEVAS, ARCENIO         DNA Status:   COL06676 / 04-05-2022
Register No.: **71984-509**
Age: 52
Date of Birth: 09-15-1970

Inmate   (FELIZ-CUEVAS, ARCENIO. Register No.: 71984-509)

Date

Unit Manager / Chairperson                Case Manager

Date                                      Date

**EXHIBIT 2**

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:71984-509, Last Name:FELIZ-CUEVAS

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 71984-509 | Risk Level Inmate....: R-MIN |
| Inmate Name |   General Level......: R-MIN (-1) |
|   Last........: FELIZ-CUEVAS |   Violent Level......: R-MIN (-1) |
|   First.......: ARCENIO | Security Level Inmate: LOW |
|   Middle......: | Security Level Facl..: LOW |
|   Suffix......: | Responsible Facility.: COL |
| Gender........: MALE | Start Incarceration..: 02/24/2022 |

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 52 | 7 | 4 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | -1 | -1 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

---

Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

Assessment Date: 08/15/2023      (1)      Assessment# R-2146650115

**EXHIBIT 3**

```
COLF0   540*23  *           SENTENCE MONITORING              *    09-06-2023
PAGE 003 OF 003 *           COMPUTATION DATA                 *    08:58:30
                            AS OF 09-06-2023

REGNO..: 71984-509 NAME: FELIZ-CUEVAS, ARCENIO


------------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 10-29-2021
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: IMMIGRATION AND CUSTOMS ENFORCEMENT
CHARGES......: UNLAWFUL ENTRY INTO THE UNITED STATES
               CITIZEN OF DOMINICAN REPUBLIC
               POSSIBLE DEPORTATION IAD INELIGIBLE
```

*Yo tengo todos mis papeles de mi extradición desde Republica Dominicana.!*

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Arcenio Feliz Cuevas
Reg. No. 71984-509, Unit B-3
Federal Correctional Complex
P.O. Box 1031 (Low Custody)
Coleman, FL 33521-1031

SAINT PETE
8 NOV 20

U.S. District Court
Clerk's Office
400 N. Miami Ave.
Miami, FL 33128

33128-771699